246

99 A.3d 527

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Michael Ryan BUDKA, Respondent.**

Supreme Court of Pennsylvania.

Sept. 3, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of September 2014, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by the Commonwealth, is:

> Whether the Superior Court acted in contravention to established case law and guiding principles when it conducted a speculative analysis of whether trial counsel's actions were reasonable under the circumstances?